IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICKY L. SMITH,

   Plaintiff,

  v.

EZELL BROWN, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-328-TWT

### ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending dismissing all of the Plaintiff's claims except his equal protection claim against the Sheriff. The Court approves and adopts the Report and Recommendation as the judgment of the Court. All of the Plaintiff's claims except the equal protection claim against the Sheriff are DISMISSED.

SO ORDERED, this 2 day of November, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Smith\12cv328\r&r.wpd