IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICKY L. SMITH,

    Plaintiff,

     v.

EZELL BROWN, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-328-TWT

### ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 33] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 23] and denying the Plaintiff's Motion for Summary Judgment [Doc. 28]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 23] is GRANTED. The Plaintiff's Motion for Summary Judgment [Doc. 28] is DENIED. The Plaintiff's Motion to Appoint Counsel [Doc. 27] is DENIED.

T:\ORDERS\12\Smith\12cv328\r&r2.wpd

SO ORDERED, this 1 day of October, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge